UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Andrew S Olson and  Case No. 14–29805–mdm
Tina L Olson,
        Debtors.         Chapter 13

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the trustee has filed an objection to the claim of Educational Services of America Inc. (#4).

**Your claim may be reduced, modified, or eliminated. You should read the objection and this notice carefully and discuss them with your attorney, if you have one.**

PLEASE TAKE FURTHER NOTICE that a hearing on the objection to your claim will be held via telephone before Margaret Dee McGarity, United States Bankruptcy Judge, on December 16, 2015, at 11:00 AM, CT. The court will initiate the conference call. **If it is determined at this hearing that sworn testimony or evidence is necessary, this hearing may be adjourned to a later date for that purpose.**

PLEASE TAKE FURTHER NOTICE that the claimant(s) must contact the court (414–290–2670), on or before the date and time set above to advise of the name and telephone number of its attorney or representative for purposes of this hearing.

PLEASE TAKE FURTHER NOTICE that any response to this objection must contain the claim number (if known) and must be filed five days prior to the above hearing.

PLEASE TAKE FURTHER NOTICE that if sufficient grounds to sustain or overrule the objection are not alleged, the court may rule at this time. This notice is determined by the court to meet the requirements of Fed. R. Bankr. P. 3007 and 9006(c) and to be adequate under the circumstances.

If this matter is resolved prior to the hearing, the court should be notified.

**Should any party have a conflict with the foregoing date and time for this hearing, that party should contact the court (414–290–2670), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.**

Dated: November 5, 2015.         BY THE COURT:

        Margaret Dee McGarity
        United States Bankruptcy Judge